# POMERANTZ LLP

Murielle Steven Walsh
Partner

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/16

September 23, 2016

ok — dpt

*Colleen McM*

9/26/16

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Boller et al v. G. Willi-Food Int'l Ltd. et al.*, No. 16-cv-01528 (S.D.N.Y.)

Dear Judge McMahon:

Our firm is lead counsel in the above-referenced action. We write to inform the Court that the parties have stipulated that this action be dismissed without prejudice by Lead Plaintiff Mary A. Rupert and Plaintiff Michael Boller as to all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully,

Murielle J. Steven Walsh

mjsteven@pomlaw.com
600 Third Avenue, New York, New York 10016  tel. 212 661 1100  www.pomerantzlaw.com
NEW YORK    CHICAGO    LOS ANGELES    WESTON FL
{00215587.3}